# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _14CV21093_

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:14-cv-21903-JAL

FILED by VK D.C.
JUL 07 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

United States of America
_____
Plaintiff(s)

v.

Lynn Bové
_____
Defendant(s)

Response to Summons
(TITLE OF DOCUMENT)

I, Lynn Bove, plaintiff or defendant, in the above styled cause,

I would like to pay off the amount owed and work out a monthly amount towards the debt. I would like to make good on this debt.

Thank you.

I was never given a summons in person. I did recieve a summons in the mail on June 22, 2014.

(Rev. 10/2002) General Document

**Certificate of Service**

I __Lynn Bove__, certify that on this date __7/7/14__ a true copy of the foregoing document was mailed to: __USA__
name(s) and address(es)

By:
__Lynn M. Bove__
Printed or typed name of Filer

__Lynn M. Bove__ (Signature of Filer)

__Lynnm.Bove@gmail.com__
E-mail address

Florida Bar Number

__786-663-2105__
Phone Number

__N/A__
Facsimile Number

__677 NE 24th Street #602__
Street Address

__Miami, FL 33137__
City, State, Zip Code